LEON SHERWOOD et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 44399.) — AULISI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in a memorandum by Aulisi, J.